*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, HARRELL, and FLUHR
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Alexander C. BRYANT**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500354**

_____

Decided: 12 February 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Cory A. Carver (motions)
Thomas R. Fricton (arraignment and trial)

Sentence adjudged 12 December 2024 by a special court-martial tried at Marine Corps Base Camp Butler, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months, forfeiture of $1,344.00 pay per month for 12 months, and a bad-conduct discharge.[1]

---

[1] On 12 December 2024, the military judge announced the part of the sentence extending to forfeiture of pay as $1,786.80 pay per month for 12 months. R. at 331. On 16 May 2025, the military judge held a post-trial Article 39(a), Uniform Code of Military Justice, proceeding in accordance with Rule for Courts-Martial 1104 to correct a computational error regarding Appellant's adjudged forfeiture of pay and announced the corrected amount to be forfeited ($1,344.00 pay per month). R. at 352.

Opinion of the Court

For Appellant:
*Lieutenant Benjamin M. Cook, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, and the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.